UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HSN CAPITAL LLC (USA), et al.,**

    Petitioners,

v.                                                       Case No.  8:05-cv-1769-T-30TBM

**PRODUCTORA Y COMERCIALIZADOR
DE TELEVISION, S.A. DE C.V. (Mexico),**

    Respondent.
_____/

## ORDER OF DISMISSAL

A review of the file indicates that this matter has been concluded between the parties.

The Court determines that this file may now be closed. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-1769.dismissal.wpd